UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BitNile, Inc., | Civ. No. 22-2911 (PAM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| David Perrill, Drake Harvey, III, and Kyle Wenzel, | |
| Defendants. | |

This matter is before the Court on a Stipulation for Partial Dismissal Without Prejudice (Docket No. 127) and accompanying Joint Motion to Dismiss Plaintiff BitNile,Inc.'s Claims Against Edward Drake Harvey III Without Prejudice. (Docket No. 129.)

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Joint Motion to Dismiss Plaintiff's Claims Against Edward Drake Harvey III Without Prejudice (Docket No. 127) is **GRANTED** and Plaintiff BitNile, Inc.'s claims against Defendant Edward Drake Harvey III are hereby **DISMISSED without prejudice**;

2. As between Plaintiff BitNile, Inc. and Defendant Edward Drake Harvey III, each party shall bear its own costs and attorney's fees; and

3. This dismissal shall not affect Plaintiff BitNile, Inc.'s claims against Defendants David Perrill and Kyle Wenzel, which claims remain pending.

Dated: October 17, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge